An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LUIS FELIPE VAZQUEZ, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65628

**FILED**

NOV 12 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of burglary. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant Luis Felipe Vazquez, Jr., contends that the district court abused its discretion by denying his presentence motion to withdraw his guilty plea. Vazquez claims that he received ineffective assistance of counsel, however, he offers no argument or citation to any relevant legal authority in support of his claim; therefore, we decline to address it.[1] *See Maresca v. State*, 103 Nev. 669, 673, 748 P.2d 3, 6 (1987) ("It is appellant's responsibility to present relevant authority and cogent argument; issues

---

[1]Vazquez also failed to include the transcript of the hearing on his motion in the appendix. *See Thomas v. State*, 120 Nev. 37, 43 & n.4, 83 P.3d 818, 822 & n.4 (2004) ("Appellant has the ultimate responsibility to provide this court with 'portions of the record essential to determination of issues raised in appellant's appeal.'" (quoting NRAP 30(b)(3))).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-37229

not so presented need not be addressed by this court."). Accordingly, we

ORDER the judgment of conviction AFFIRMED.[2]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Douglas Smith, District Judge
       Spencer M. Judd
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[2]The fast track statement does not comply with the Nevada Rules of Appellate Procedure because the text in the body of the brief is not double-spaced, *see* NRAP 3C(h)(1); NRAP 32(a)(4), and the fact section does not contain any citations to the record, *see* NRAP 3C(e)(1)(C) and NRAP 28(e)(1). Counsel for Vazquez is cautioned that the failure to comply with the briefing requirements in the future may result in the imposition of sanctions. *See* NRAP 3C(n).